UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL RAY COFFMAN, | ) | Case No. CV 09-1248-DMG (OP) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| KATHY PROSPER, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1   IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2   Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3)
3   directing that Judgment be entered denying the Petition and dismissing this action
4   without prejudice for failure to exhaust state judicial remedies

DATED: 6/24/10          _____
                        HONORABLE DOLLY M. GEE
                        United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge