JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY COFFMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KATHY PROSPER,<br><br>　　　　Respondent. | Case No. CV 09-1248-DMG (OP)<br><br>J U D G M E N T |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice for failure to exhaust state judicial remedies.

DATED: 6/24/10

　　　　　　　　　　　　　　　　HONORABLE DOLLY M. GEE
　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge